UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:06-CR-92 |
| ) | Chief Judge Curtis L. Collier |
| JERRY WAYNE COOPER ) | |

**O R D E R**

Before the Court is Defendant Jerry Cooper's ("Defendant") motion to declare this case complex (Court File No. 35). Defendant has submitted a memorandum in support of his motion, arguing he is charged with bank fraud, mail fraud, and conspiracy to commit bank fraud and mail fraud; alleged co-conspirators were indicted at different times; discovery in this case includes ten boxes of documents and approximately thirty audio recordings; the Government continues to produce more tapes and documents, and it is likely numerous witnesses will be called to testify at trial (Court File No. 36). The Government filed a response to Defendant's motion stating it did not oppose the motion (Court File No. 41).

In November 2006, the Court granted Defendant's motion to continue the trial in this case. In the order, the Court recognized this case was of a complex nature. The Court reasoned the charges in the Indictment and the information available to the Court from related prosecutions show this case is not the typical federal criminal case. Instead, it is one involving voluminous documents and conflicting versions of the facts. Therefore, the Court **GRANTS** Defendant's motion to declare the case complex (Court File No. 35).

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**