# United States District Court
### Eastern District of Tennessee

| | | |
|---|---|---|
| **United States of America** | ) | **Case No. 1:06-CR-92** |
| | ) | |
| vs. | ) | (Collier/Carter) |
| | ) | |
| **Jerry Wayne Cooper** | | |

# MEMORANDUM AND ORDER

This action came to the attention of the undersigned on Thursday, March 29, 2007, through a bond violation hearing and through a case conference with U.S. Probation Officer, Mary Ann Zwicknagel, recommending the defendant's pretrial conditions be modified pending sentencing in this matter.

Having reviewed the case material and considered the matter, the previous Order setting the defendant's conditions of release is **MODIFIED** as follows:

- **The defendant shall refrain from any use of alcohol**
- **The defendant shall participate in a substance abuse assessment with a licensed substance abuse counselor and comply with any treatment recommendations.**

All of the other conditions of release set forth in the Court's Order Setting Conditions of Release on August 29, 2006, remain in full force and effect.

**SO ORDERED.**

**ENTER.**

March 29, 2007                              s/William B. Mitchell Carter
                                            UNITED STATES MAGISTRATE JUDGE